IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY PRICE, # 172825,    )<br>)<br>   Plaintiff,    )<br>)<br>v.    )<br>   )<br>OFFICER FULLER *et al.*,    )<br>   )<br>   Defendants.    ) | CIVIL ACTION NO.  1:04cv770-T<br>WO |

**ORDER**

On October 26, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for Plaintiff's failure to properly prosecute this action and comply with the orders of this court.

An appropriate judgment will be entered.

Done this the 28th day of November 2005.

　　　　　　　　　　　　　　　　 /s/   Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE