IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY PRICE, # 172825,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CIVIL ACTION NO.  1:04cv770-T |
| ) | WO |
| OFFICER FULLER *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1)   The recommendation of the United States Magistrate Judge entered on October 26, 2005 (Doc. # 27), be and is hereby ADOPTED.

(2)   This case be and is hereby DISMISSED without prejudice for the plaintiff's failure to properly prosecute this action and comply with the orders of this court.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 28th day of November 2005.

　　　　　　　　　　　　　　　　   /s/   Myron H. Thompson          
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE